In the Matter of the Application of NATHANIEL N. SHIRE, Appellant, for a Writ of Mandamus against THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*Matter of Shire*, 137 App. Div 901, affirmed.
(Argued June 2, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1910, which affirmed an order of Special Term denying a motion for a peremptory or alternative writ of

mandamus to compel the defendant to restore the petitioner to the office of captain of police in the city of New York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.